JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

XIUYING LI,

        Petitioner,

        v.

PAMELA BONDI, et al.,

        Respondents.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. ED CV 26-00417 FMO (DTB)

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT the Petition is granted.  Respondents shall release petitioner **forthwith**.  The above-captioned action is dismissed without prejudice.

Dated this 9th day of February, 2026.

                                     /s/
                             Fernando M. Olguin
                     United States District Judge